IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

JAVIER RAMIREZ,

   Petitioner,

v.                                                              §   CAUSE NO. EP-26-CV-1545-KC

MARKWAYNE MULLIN et al.,

   Respondents.

## FINAL JUDGMENT

On this day, the Court considered the case.  On June 16, 2026, the Court granted in part Javier Ramirez's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide him with a bond hearing before an immigration judge ("IJ"), at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, his continued detention; or (2) release him from custody, under reasonable conditions of supervision.  June 16, 2026, Order 3, ECF No. 6.

Respondents have now informed the Court that on June 23, 2026, an IJ ordered Ramirez released on a $6,000.00 bond.  Advisory, ECF No. 7; *see id.* Ex. A ("IJ Order"), ECF No. 7-1.

It appears that no matters remain to be resolved in this case.  *See generally* Pet., ECF No. 1; June 16, 2026, Order.  Accordingly, **the Clerk shall close the case.**

**SO ORDERED**.

**SIGNED this 24th day of June, 2026.**


KATHLEEN  CARDONE
UNITED STATES DISTRICT JUDGE